**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-7369**

ORLANDO R. BAILEY-BEY,

Petitioner - Appellant,

versus

THOMAS CORCORAN; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
261-L)

Submitted:  February 29, 2000          Decided:  March 14, 2000

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Orlando R. Bailey-Bey, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Orlando Bailey-Bey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion. We find that the district court did not err in finding that Bailey-Bey was not denied the effective assistance of counsel and in finding that the state court's denial of relief on his substantive claims was not "contrary to, or an unreasonable application of, clearly established Federal law." 28 U.S.C.A. § 2254(d)(1). Accordingly, finding no reversible error, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2